# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:25–mj–00390

Otis Jose Rodriguez Garcia

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/7/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Prelim Exam and Detention Hrg

Date:   July 3, 2025

Nathan Ochsner, Clerk