UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No. 4:25-mj-390 |
| | § | |
| OTIS JOSE RODRIGUEZ GARCIA | § | |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Defendant, OTIS JOSE RODRIGUEZ GARCIA, is charged in the above-case. The Government respectfully requests that the criminal complaint be dismissed.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Complaint be Granted.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ Casey N. MacDonald*

Casey N. MacDonald
Assistant United States Attorney
Federal Bar No. 915752
New Jersey Bar No.043362000
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone:713-567-9000