United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No. 4:25-mj-390 |
| | § | |
| OTIS JOSE RODRIGUEZ GARCIA | § | |

**ORDER**

Came on to be considered Government's Motion to Dismiss Complaint numbered 4:25-mj-390 against defendants OTIS JOSE RODRIGUEZ GARCIA. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the criminal complaint numbered 4:25-mj-390 against OTIS JOSE RODRIGUEZ GARCIA be dismissed.

SIGNED at Houston, Texas on July 7, 2025.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE